UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GEORGIA FLANAGAN
by and through her attorney
in fact Shelly Carney                                                                        PLAINTIFF

v.                                          No. 5:21-CV-05176

CINDY GILLESPIE
in her official capacity as
Secretary of the Arkansas Department
of Human Services                                                                           DEFENDANT

## ORDER

The parties have filed a joint motion (Doc. 11) asking the Court to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties represent that the case has settled. Dismissal on these terms is proper.

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 11) is GRANTED and this case is DISMISSED WITH PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 8th day of December, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE