UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GEORGIA FLANAGAN
by and through her attorney
in fact Shelly Carney                                                                           PLAINTIFF

v.                                      No. 5:21-CV-05176

CINDY GILLESPIE
in her official capacity as
Secretary of the Arkansas Department
of Human Services                                                                              DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 8th day of December, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE